UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                  Case No.  08-cr-75-01-SM

Jacob Silva

## O R D E R

Defendant Silva's motion to continue the final pretrial conference and trial is granted (document 13).   Trial has been rescheduled for the January 2009 trial period.   Defendant Silva shall file a waiver of speedy trial rights not later than September 8, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  January 9, 2009 at 3:00 p.m.

**Jury Selection**: January 21, 2009 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

August 25, 2008

cc: Peter Anderson, Esq.
    Helen Fitzgibbon, AUSA
    US Probation
    US Marshal