UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Government

    v.                                    Criminal No. 08-cr-75-1-SM

<u>Jacob D. Silva</u>,
    Defendant

**<u>O R D E R</u>**

As part of the presentence investigation and reporting process, the probation officer has informed the court of the identities of the victims involved in this case.  Because I know some of the victims, and have known some of the victims' parents for many years, I hereby recuse myself from imposing sentence and from any further proceedings in this case.

The clerk will reassign the case to another judge in the usual manner.

    **SO ORDERED.**

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

June 10, 2009

cc:  Helen W. Fitzgibbon, Esq., AUSA
     Peter J. Anderson, Esq.
     U.S. Probation
     U.S. Marshal