```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                  Case No. 08-cr-75-01-PB

**Jacob D. Silva**


### O R D E R

I recuse myself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                              /s/Paul Barbadoro  
                                            Paul Barbadoro  
                                            United States District Judge

June 11, 2009

cc:   Helen Fitzgibbon, Esq.  
       Peter J. Anderson, Esq.  
       United States Probation  
       United States Marshal